11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Kendrick Ladelle
McGahee

Appellant

Vs.                   No.
11-05-00142-CR -- Appeal from Dallas County

State of Texas

Appellee

 

Counsel
for Kendrick Ladelle McGahee has filed in this court a motion to permanently
abate this appeal.  A copy of a letter
from the Texas Department of Criminal Justice B
Institutional Division is attached to the motion.  The letter states that appellant died on July
31, 2005.

The
motion is granted, and the appeal is permanently abated.  TEX.R.APP.P. 7.1(a)(2).

 

PER CURIAM

 

September 8,
2005

Do not
publish.  See TEX.R.APP.P.
47.2(b).

Panel consists
of:  Wright, J., and McCall, J.[1]











[1]W. G. Arnot, III, Chief Justice,
retired effective July 31, 2005.  The
chief justice position is vacant.